# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VINAY BARARIA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:12-cr-00236-MMD-GWF <br><br> **ORDER** <br><br> Motion for Leave to File Motion <br> To Withdraw Under Seal (#74) |

This matter comes before the Court on Michael Cristalli, Esq.'s Motion for Leave to File Motion to Withdraw as Counsel for Defendant Under Seal (#74), filed on March 13, 2013. Mr. Cristalli filed the associated Motion to Withdraw as Counsel (#73) under seal on March 13, 2013, and submits the instant Motion in accordance with Local Rule 10-5(b). The Motion to Withdraw (#73) contains sensitive communications between Defendant and Mr. Cristalli. Therefore, Mr. Cristalli establishes good cause for leave to file the Motion to Withdraw (#73) under seal. Accordingly,

**IT IS HEREBY ORDERED** that Michael V. Cristalli, Esq.'s Motion for Leave to File Motion to Withdraw Under Seal (#74) is **granted**.

DATED this 18th day of March, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge