## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VINAY BARARIA, )<br>)<br>Defendant. )<br>_____ ) | Case No.  2:12-cr-00236-JAD-GWF<br><br>**MINUTE ORDER**<br><br><br><br>Dated: December 18, 2013 |

THE HONORABLE   \_\_George Foley, Jr.\_\_   UNITED STATES MAGISTRATE JUDGE

JUDICIAL ASSISTANT: \_\_Julia Wright\_\_         RECORDER: _____None_____

COUNSEL FOR PLAINTIFF(S)    :  _____None Appearing_____

COUNSEL FOR DEFENDANT(S)  :  _____None Appearing_____

MINUTE ORDER IN CHAMBERS :

    The parties have advised the Court that they have entered into a plea agreement in this case. Accordingly,

    **IT IS ORDERED** the Motion for Clarification of or Reconsideration of  Magistrate Judge's Order Denying in Part Defendant's Motion to Require Disclosure of Material Information (#120) and Defendant's Motion to Suppress Wiretaps for Failure to Show Necessity (#126) are vacated and denied without prejudice.  In the event the plea does not go forward, Defendant may re-file these motions.

                                                                          *George Foley Jr.*
                                                                  _____
                                                                  **GEORGE FOLEY, JR.**
                                                                  **UNITED STATES MAGISTRATE JUDGE**