**FILED**

DEC 1 8 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                                )
9                  Plaintiff,                    )
                                                )
10         v.                                     )     2:12-CR-236-JAD-(GWF)
                                                )
11  VINAY BARARIA,                               )
                                                )
12                 Defendant.                     )
                                                )
13  _____    )

14                     **PRELIMINARY ORDER OF FORFEITURE**

15         This Court finds that on December 18, 2013, defendant VINAY BARARIA pled guilty to Count

16  Two of a Seven-Count Criminal Indictment charging him with Distribution of a Controlled Substance in

17  violation of Title 21, United States Code, Section 841(a)(1). Indictment, ECF No. 28; Change of Plea,

18  ECF No. __; Plea Agreement, ECF No. __.

19         This Court finds defendant VINAY BARARIA agreed to the forfeiture of the property set forth

20  in the Plea Agreement. Indictment, ECF No. 28; Change of Plea, ECF No. __; Plea Agreement, ECF No.

21  __.

22         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

23  has shown the requisite nexus between property set forth in the Plea Agreement and the offense to which

24  defendant VINAY BARARIA pled guilty. Indictment, ECF No. 28; Change of Plea, ECF No. __; Plea

25  Agreement, ECF No. __.

26  . . .

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2); Title 21, United States Code, Sections 881(a)(6) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

1. $49,054.00 in United States Currency;

2. 2007 Jaguar XK, Vin # SAJWA43B875B07357; and

3. an *in personam* criminal forfeiture money judgment of $40,225.00 in United States Currency

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of VINAY BARARIA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or

1  interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief

2  sought.

3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

4  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

5      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall

6  be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following

7  address at the time of filing:

8          Michael A. Humphreys
           Assistant United States Attorney
9          Daniel D. Hollingsworth
           Assistant United States Attorney
10         Lloyd D. George United States Courthouse
           333 Las Vegas Boulevard South, Suite 5000
11         Las Vegas, Nevada 89101.

12      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need

13  not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following

14  publication of notice of seizure and intent to administratively forfeit the above-described property.

15      DATED this 18th day of December, 2013.

16

17

18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

3