KATHLEEN BLISS
Nevada Bar No. 7606
E-Mail: kathleen.bliss@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: cheryl.grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789

THOMAS A. MESEREAU, JR.
California Bar No. 091182
MESEREAU & YU, LLP
10390 Santa Monica Blvd., Ste. 220
Los Angeles, CA 90025
TEL: 310.789.1177
FAX: 310.861.1007

Attorneys for Vinay Bararia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VINAY BARARIA,<br><br>　　　　Defendant. | CASE NO. 2:12-cr-236-JAD-GWF<br><br>**DEFENDANT'S UNOPPOSED MOTION REQUESTING LEAVE TO FILE MEDICAL REPORTS UNDER SEAL**<br><br>Sentencing Hearing:　　March 31, 2014 |

### DEFENDANT'S UNOPPOSED MOTION REQUESTING LEAVE TO FILE MEDICAL REPORTS UNDER SEAL

　　Defendant Vinay Bararia respectfully requests this Court grant him leave to file his medical reports and records under seal when he files his Sentencing Memorandum, due to be filed on March 26, 2014. The records and reports contain private health information.

/ / /

/ / /

4810-5865-9865.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:12-cr-236-JAD-GWF

Defendant will provide a courtesy copy of the medical reports and records to the Government upon filing his Sentencing Memorandum. The Government does not oppose this motion. (C. Grames Ltr., Mar. 18, 2014, attached as Ex. "A").

DATED this 18th day of March 2014

                Respectfully submitted,

                LEWIS BRISBOIS BISGAARD & SMITH LLP

                By    /s/ Kathleen Bliss
                     KATHLEEN BLISS
                     Nevada Bar No. 7606
                     CHERYL A. GRAMES
                     Nevada Bar No. 12752
                     6385 S. Rainbow Boulevard, Suite 600
                     Las Vegas, Nevada 89118
                     Tel. 702.893.3383

                     THOMAS A. MESEREAU, JR.
                     California Bar No. 091182
                     MESEREAU & YU, LLP
                     10390 Santa Monica Blvd., Ste. 220
                     Los Angeles, CA  90025

                     Attorneys for Vinay Bararia

IT IS SO ORDERED:

_[signature]_
Jennifer A. Dorsey
United States District Judge

DATED: March 19, 2014.

# EXHIBIT A

**Grames, Cheryl**

**From:** Cushman, Susan (USANV) <Susan.Cushman@usdoj.gov>
**Sent:** Tuesday, March 18, 2014 2:45 PM
**To:** Grames, Cheryl
**Subject:** RE: Quick question on filing under seal Bararia's medical reports

No objection.

**From:** Grames, Cheryl [mailto:Cheryl.Grames@lewisbrisbois.com]
**Sent:** Tuesday, March 18, 2014 11:23 AM
**To:** Cushman, Susan (USANV)
**Subject:** RE: Quick question on filing under seal Bararia's medical reports

Absolutely – just don't want them to be available on PACER. I should have made that clearer.

**From:** Cushman, Susan (USANV) [mailto:Susan.Cushman@usdoj.gov]
**Sent:** Tuesday, March 18, 2014 11:20 AM
**To:** Grames, Cheryl
**Subject:** RE: Quick question on filing under seal Bararia's medical reports

Will I get a copy of what she gets?

**From:** Grames, Cheryl [mailto:Cheryl.Grames@lewisbrisbois.com]
**Sent:** Tuesday, March 18, 2014 11:19 AM
**To:** Cushman, Susan (USANV); Knief, Robert (USANV)
**Subject:** Quick question on filing under seal Bararia's medical reports

Hi again, Susan and Robert,

Would you oppose us filing Vinay Bararia's medical reports under seal when we file our Sentencing Memo next week? We'd like to file a motion, today, if possible, requesting leave from Judge Dorsey to do so.

Thanks!
Cheryl



**Cheryl A. Grames**
Attorney
Cheryl.Grames@lewisbrisbois.com

**6385 South Rainbow Blvd., Suite 600**
**Las Vegas, NV 89118**

T: 702.693.4389  F: 702.893.3789



**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.