```
____FILED              ____RECEIVED
____ENTERED            ____SERVED ON
              COUNSEL/PARTIES OF RECORD

              SEP 1 6 2014

       CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
)
         Plaintiff,  )
)
    v.  )    2:12-CR-236-JAD-(GWF)
)
VINAY BARARIA,  )
)
         Defendant.  )

## FINAL ORDER OF FORFEITURE

On December 19, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(6) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant VINAY BARARIA to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant VINAY BARARIA pled guilty. Criminal Indictment, ECF No. 28; Change of Plea, ECF No. 182; Preliminary Order of Forfeiture, ECF No. 185; Plea Agreement, ECF No. 186.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 25, 2013, through January 23, 2014, notifying all potential third parties; and notified

. . .

1  known third parties by personal service or by regular mail and certified mail return receipt requested,

2  of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 187.

3      On February 11, 2014, Eli Vasquez, CEO, Bank-Fund Staff Federal Credit Union, 1725 I

4  Street NW, Ste. 150, Washington, DC 20006-2406 was served by regular and certified return receipt

5  mail with the Notice and Preliminary Order of Forfeiture.  On February 11, 2014, Eli Vasquez, CEO,

6  Bank-Fund Staff Federal Credit Union, P.O. Box 27755, Washington, DC 20038 was served by

7  regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture.  Notice of

8  Filing Service of Process – Mail, ECF No. 189.

9      On February 20, 2014, Ajai Bararia, by and through her counsel, Kathleen Bliss of Lewis

10  Brisbois, Bisgaard & Smith, LLP was served personally with the Notice and Preliminary Order of

11  Forfeiture.  On February 20, 2014, Bhavna Bararia, by and through her counsel, Kathleen Bliss of

12  Lewis, Brisbois, Bisgaard & Smith, LLP was served personally with the Notice and Preliminary Order

13  of Forfeiture.  On February 20, 2014, Uma Bararia, by and through her counsel, Kathleen Bliss of

14  Lewis, Brisbois, Bisgaard & Smith, LLP was served personally with the Notice and Preliminary Order

15  of Forfeiture.  On February 20, 2014, Kathleen Bliss of Lewis, Brisbois, Bisgaard & Smith, LLP was

16  served personally with the Notice and Preliminary Order of Forfeiture.  Notice of Filing Service of

17  Process – Personal Service, ECF No. 190.

18      On April 7, 2014, the United States filed a Settlement Agreement for Entry of Order of

19  Forfeiture as to Uma Bararia (ECF No. 197).  On April 8, 2014, the Order Granting the Settlement

20  Agreement for Entry of Order of Forfeiture as to Uma Bararia was entered with the court (ECF No.

21  201).

22      On April 7, 2014, the United States filed a Settlement Agreement for Entry of Order of

23  Forfeiture as to Bhavna Bararia (ECF No. 196).  On April 8, 2014, the Order Granting the Settlement

24  Agreement for Entry of Order of Forfeiture as to Bhavna Bararia was entered with the court (ECF No.

25  202).

26  . . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the

2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time

4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8    32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code,

9    Section 881(a)(6) and Title 28, United States Code, Section 2461(c); Title 21, United States Code,

10   Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according

11   to law and the Settlement Agreements (ECF Nos. 201 and 202):

12       1.    $49,054.00 in United States Currency;

13       2.    2007 Jaguar XK, Vin # SAJWA43B875B07357; and

14       3.    an *in personam* criminal forfeiture money judgment of $40,225.00 in United States

15          Currency.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

17   including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

18   income derived as a result of the United States of America's management of any property forfeited

19   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

20   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

21   certified copies to the United States Attorney's Office.

22   DATED this 16th day of ~~August~~ September, 2014.

23

24

25   _____

26   UNITED STATES DISTRICT JUDGE

3